**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN,

    Plaintiff,

v.                                          CASE NO: 6:24-cv-01622-PGB-LHP

6515 IDRIVE RESORT, LLC,
a Florida Limited Liability Company,
d/b/a AVANTI PALMS RESORT AND
CONFERENCE CENTER,

    Defendant(s).
_____/

## **JOINT NOTICE OF SETTLEMENT**

Plaintiff, HOWARD COHAN, and Defendant, 6515 IDRIVE RESORT, LLC, d/b/a AVANTI PALMS RESORT AND CONFERENCE CENTER, through their undersigned counsel and pursuant to Local Rule 3.09(a), M.D. Fla., hereby notify the Court that the Parties have agreed to a resolution of this matter that settles all issues in their entirety. The Parties anticipate filing a joint stipulation for dismissal with prejudice upon the execution of the appropriate settlement documents.

*Remainder of page left blank intentionally.*

Respectfully submitted this 16th day of October, 2024.

| | |
|---|---|
| SCONZO LAW OFFICE, P.A.<br>3825 PGA Blvd., Suite 207<br>Palm Beach Gardens, Florida 33410<br>Telephone: (561) 729-0940<br>Facsimile: (561) 491-9459<br>Primary: greg@sconzolawoffice.com<br>Secondary: samantha@sconzolawoffice.com<br>Secondary: perri@sconzolawoffice.com<br><br>By: /s/Gregory Sconzo<br>Gregory S. Sconzo<br>Fla. Bar No. 0105553<br>Attorneys for Plaintiff,<br>HOWARD COHAN | KEITH L. HAMMOND, P.A.<br>Hammond Law Center<br>P.O. Box 470361<br>Celebration, Florida 34747<br>Telephone: (407) 730-9909<br>Facsimile: (800) 861-0585<br>Primary: keith@hammondlawcenter.com<br>Secondary: admin@hammondlawcenter.com<br><br>By: /s/ Keith L. Hammond<br>Keith L. Hammond<br>Fla. Bar No. 0164798<br>Attorney for Defendant, 6515 IDRIVE RESORT, LLC, d/b/a AVANTI PALMS RESORT AND CONFERENCE CENTER |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of October, 2024, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Gregory S. Sconzo, Esq., Sconzo Law Office, P.A., 3825 PGA Boulevard, Suite 207, Palm Beach Gardens, FL 33410; greg@sconzolawoffice.com, samantha@sconzolawoffice.com and perri@sconzolawoffice.com.

By: /s/ Keith L. Hammond
Keith L. Hammond